**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| WESTMORELAND REGIONAL HOSPITAL, | : No. 139 WAL 2017 |
| | : |
| | : |
| Respondent | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| SUBWAY REAL ESTATE CORP., | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.